IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MILTON DONELL WOFFORD**                                **PETITIONER**

**VS.**                    **CASE NO. 5:09CV00210 JMM**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                    **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this 30th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE